IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DALE and KAREN SHAVER, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL GROUP INC., and SAFECO INSURANCE COMPANY OF ILLINOIS<br><br>Defendants. | CV 20-161-KLD<br><br>ORDER |

The Court has been notified that this case has settled. Accordingly,

IT IS ORDERED that the parties file their dismissal papers on or before February 15, 2021.

IT IS FURTHER ODERED that the preliminary pretrial conference set for January 21, 2021, at 10:00 a.m. and all other deadlines set in this matter are VACATED.

DATED this 13th day of January, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1