IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DALE and KAREN SHAVER, individually and as husband and wife., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY MUTUAL GROUP INC., and SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Defendants. | CV 20-161-KLD <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The parties have filed a Stipulation for Dismissal with Prejudice (Doc 14). Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 1st day of February, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1